WILLARD K. TOM
General Counsel

KERRY O'BRIEN (Calif. Bar No. 149264)
LINDA K. BADGER (Calif. Bar No. 122209)
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA 94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
kobrien@ftc.gov
lbadger@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>SPRINGTECH 77376, LLC, a limited liability company, also d/b/a CEDARCIDE.COM and CEDARCIDESTORE.COM,<br><br>CEDARCIDE INDUSTRIES, INC., a corporation,<br><br>CHEMICAL FREE SOLUTIONS LLC, a limited liability company,<br><br>CEDAR OIL TECHNOLOGIES CORP., a corporation, and<br><br>DAVE GLASSEL, individually and as an officer of SPRINGTECH 77376, LLC, CEDARCIDE INDUSTRIES, INC., and CEDAR OIL TECHNOLOGIES CORP.,<br><br>Defendants. | No. CV 12-4631 JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT DAVE GLASSEL TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

Stip. Re Timing of Dave Glassel's Responsive Pleadings – CV 12-4631 JCS

Page 1

1  Pursuant to Local Rule 6-1(a), Plaintiff Federal Trade Commission and Defendant Dave
2  Glassel hereby stipulate that the deadline for Defendant Glassel to file an Answer or to file
3  papers responsive to the Complaint in this action shall be extended from November 15, 2012, to
4  November 20, 2012.

DATED: November 14, 2012

    /s/
KERRY O'BRIEN
LINDA K. BADGER
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Attorneys for Plaintiff

DATED: _____

GEORGE F. MAY, ESQ.
TWOMEY | MAY, PLLC
2211 Norfolk, Suite 528
Houston, Texas 77098
Attorney for Defendant Dave Glassel

1  Pursuant to Local Rule 6-1(a), Plaintiff Federal Trade Commission and Defendant Dave
2  Glassel hereby stipulate that the deadline for Defendant Glassel to file an Answer or to file
3  papers responsive to the Complaint in this action shall be extended from November 15, 2012, to
4  November 20, 2012.

DATED: _____

KERRY O'BRIEN
LINDA K. BADGER
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
Attorneys for Plaintiff

DATED: 11/14/2012

GEORGE F. MAY, ESQ.
Texas Bar No. 24037050
Fed. Bar No. 33493 (So. Dist. Tx.)
TWOMEY | MAY, PLLC
2211 Norfolk, Suite 528
Houston, Texas 77098
Attorney for Defendant Dave Glassel
(*subject to admission pro hac vice*)
(*executed subject to adjudication of applicability of bankruptcy stay and without waiver*)

Dated: 11/15/12

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

This is to certify that on November 14, 2012, I served a true and correct copy (ies) of the attached:

- STIPULATION TO EXTEND TIME FOR DEFENDANT DAVE GLASSEL TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

by placing said copy (ies) in a postage paid envelope addressed to the person (s) listed below; by depositing said envelope in the U.S. Mail, by sending the package via an overnight delivery service (such as Federal Express); by facsimile; or by electronic mail to:

GEORGE F. MAY, ESQ.
TWOMEY | MAY, PLLC
2211 Norfolk, Suite 528
Houston, Texas 77098
E-mail address: george@twomeymay.com
Attorney for Defendant Dave Glassel

LARRY A. VICK, ESQ.
908 Town & Country Blvd., Suite 120
Houston, Texas 77024
E-mail address: attorney@larryvick.com
Attorney for Defendant SpringTech 77376, LLC

TRAVIS B. VARGO, ESQ.
Fridge & Resendez LLC
3000 Smith Street
Houston, Texas 77006
E-mail address: tvargo@frw-law.com
Attorney for Chemical Free Solutions LLC

CEDARCIDE INDUSTRIES, INC. AND
CEDAR OIL TECHNOLOGIES CORP.
c/o Dave Glassel, Registered Agent
2119 Old Ox Road
Spring, Texas 77386

I swear under penalty of perjury that the foregoing is true and correct. Executed this November 14, 2012, at San Francisco, California.

Raminder Sabhi

Stip. Re Timing of Dave Glassel's Responsive Pleadings – CV 12-4631 JCS

Page 3