WILLARD K. TOM
General Counsel

KERRY O'BRIEN (Calif. Bar No. 149264)
LINDA K. BADGER (Calif. Bar No. 122209)
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA 94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
kobrien@ftc.gov
lbadger@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>vs.<br><br>SPRINGTECH 77376, LLC, a limited liability company, also d/b/a CEDARCIDE.COM and CEDARCIDESTORE.COM,<br><br>CEDARCIDE INDUSTRIES, INC., a corporation,<br><br>CHEMICAL FREE SOLUTIONS LLC, a limited liability company,<br><br>CEDAR OIL TECHNOLOGIES CORP., a corporation, and<br><br>DAVE GLASSEL, individually and as an officer of SPRINGTECH 77376, LLC, CEDARCIDE INDUSTRIES, INC., and CEDAR OIL TECHNOLOGIES CORP.,<br><br>Defendants. | No. CV 12-4631 JCS<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT DAVE GLASSEL TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

1    Pursuant to Local Rule 6-1(a), Plaintiff Federal Trade Commission and Defendant Dave
2    Glassel hereby stipulate that the deadline for Defendant Glassel to file an Answer or to file
3    papers responsive to the Complaint in this action shall be extended from November 20, 2012, to
4    November 30, 2012.

DATED: November 19, 2012            /s/
                                    KERRY O'BRIEN
                                    LINDA K. BADGER
                                    Federal Trade Commission
                                    901 Market Street, Suite 570
                                    San Francisco, CA 94103
                                    Attorneys for Plaintiff

DATED: 11/19/2012

                                    GEORGE F. MAY, ESQ.
                                    TWOMEY | MAY, PLLC
                                    2211 Norfolk, Suite 528
                                    Houston, Texas 77098
                                    Attorney for Defendant Dave Glassel

Dated: 11/28/12



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

# CERTIFICATE OF SERVICE

This is to certify that on November 19, 2012, I served a true and correct copy (ies) of the attached:

- SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT DAVE GLASSEL TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

by placing said copy (ies) in a postage paid envelope addressed to the person (s) listed below; by depositing said envelope in the U.S. Mail, by sending the package via an overnight delivery service (such as Federal Express); by facsimile; or by electronic mail to:

GEORGE F. MAY, ESQ.
TWOMEY | MAY, PLLC
2211 Norfolk, Suite 528
Houston, Texas 77098
E-mail address: george@twomeymay.com
Attorney for Defendant Dave Glassel

LARRY A. VICK, ESQ.
908 Town & Country Blvd., Suite 120
Houston, Texas 77024
E-mail address: attorney@larryvick.com
Attorney for Defendant SpringTech 77376, LLC

TRAVIS B. VARGO, ESQ.
Fridge & Resendez LLC
3000 Smith Street
Houston, Texas 77006
E-mail address: tvargo@frw-law.com
Attorney for Chemical Free Solutions LLC

CEDARCIDE INDUSTRIES, INC. AND
CEDAR OIL TECHNOLOGIES CORP.
c/o Dave Glassel, Registered Agent
2119 Old Ox Road
Spring, Texas 77386

I swear under penalty of perjury that the foregoing is true and correct. Executed this November 19, 2012, at San Francisco, California.

*Raminder Sabhi*
Raminder Sabhi