UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

SPRINGTECH 77376 LLC, et al.,

    Defendants.

No. C 12-4631 PJH

**ORDER GRANTING MOTION TO STRIKE JURY DEMAND; ORDER DENYING MOTION TO TRANSFER VENUE**

Plaintiff Federal Trade Commission's motion to strike the jury demand and defendant Dave Glassel's motion for change of venue came on for hearing before this court on February 20, 2013. Plaintiff appeared by its counsel Kerry O'Brien and Linda Badger, and defendant Glassel appeared by his counsel George May. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the court hereby GRANTS the motion to strike the jury demand and DENIES the motion for change of venue for the reasons stated at the hearing.

**IT IS SO ORDERED.**

Dated: February 21, 2013

                                            PHYLLIS J. HAMILTON
                                            United States District Judge