GEORGE F. MAY (lead counsel)  **E-Filed: 04/10/2013**
(Tex. Bar No. 24037050)
2211 Norfolk, Suite 528
Houston, Texas 77098
(713) 659-0000 – Telephone
(713) 943-6810 – Facsimile
george@twomeymay.com
(Appearance Pro Hac Vice)

KIRK BUTTERWICK (local counsel)
(Calif. Bar No. 63933)
13463 Galewood St.
Sherman Oaks, California 91423
Telephone: (713) 412-5224

Attorneys for Defendant
Dave Glassel

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | No. CV 4:12-04631-PJH (JCS) |
| vs. | |
| SPRINGTECH 77376, LLC, ET AL | **JOINT NOTICE OF CHANGE OF TIME FOR SETTLEMENT CONFERENCE FROM 9:30 AM TO 11:00 AM ON APRIL 16, 2013** |
| Defendants. | |

**TO THE HON. JOSEPH C. SPERO, UNITED STATES MAGISTRATE JUDGE:**

   COMES NOW Defendant David Glassel and Plaintiff Federal Trade Commission (the "FTC") and file this Joint Notice as requested by the Court.

   1.   The Settlement Conference in this case was previously docketed to start at 9:30 a.m. on April 16, 2013. For the reasons below, and after speaking with Chambers and receiving approval for the change, notice is hereby provided that the Settlement Conference will now start at 11:00 a.m. on April 16, 2013.

Joint Notice of Change of Time to 11:00 a.m. for Settlement Conference
CV 4:12-04631 PJH (JCS)                                                                                                Page 1

2. Mr. Glassel will be the only defendant at the Settlement Conference. Defendant Chemical Free Solutions, LLC ("CFS") and the FTC provided notice that they have reached an agreement in principle and that CFS should not be required to attend the Settlement Conference. All other defendants have defaulted and judgments have been entered.

3. Mr. Glassel must travel from Houston, Texas to San Francisco for the Settlement Conference. There are no available flights on the morning of April 16, 2013 that would ensure that Mr. Glassel would arrive in court on time. For financial and health reasons, Mr. Glassel requested a later start time so he would not have to stay overnight away from his home. The FTC graciously agreed to move the time and the Court graciously approved a later start time.

DATED: April 10, 2013

Respectfully submitted,

*/s/ George F. May/*

_____
GEORGE F. MAY
Tex. Bar No. 24037050 (lead counsel)
TWOMEY | MAY, PLLC
2211 Norfolk, Suite 528
Houston, Texas 77098
(713) 659-0000 – Telephone
(713) 943-6810 – Facsimile
george@twomeymay.com
(Appearance Pro Hac Vice)

KIRK BUTTERWICK (local counsel)
(Calif. Bar No. 63933)
13463 Galewood St.
Sherman Oaks, California 91423
(713) 412-5224 - Telephone

Attorneys for Defendant Dave Glassel

_____
KERRY O'BRIEN, Attorney
LINDA K. BADGER, Attorney
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA 94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
kobrien@ftc.gov
lbadger@ftc.gov

Attorneys for Plaintiff:
Federal Trade Commission

Dated: 4/11/13

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

This is to certify that on April 10, 2013, I served a true and correct copy (ies) of the attached:

**JOINT NOTICE OF CHANGE OF TIME FOR SETTLEMENT CONFERENCE FROM 9:30 AM TO 11:00 AM ON APRIL 16, 2013**

by placing said copy (ies) in a postage paid envelope addressed to the person (s) listed below; by depositing said envelope in the U.S. Mail, by sending the package via an overnight delivery service (such as Federal Express); by facsimile; through the Court's ECF system; or by electronic mail to:

KERRY O'BRIEN, ESQ.
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA  94103
E-mail address:  kobrien@ftc.gov
Attorney for Plaintiff, The Federal Trade Commission

TRAVIS B. VARGO, ESQ.
Fridge & Resendez LLC
3000 Smith Street
Houston, Texas 77006
E-mail address:  tvargo@frw-law.com
Attorney for Chemical Free Solutions, LLC

I swear under penalty of perjury that the foregoing is true and correct.  Executed this April 10, 2013, at Houston, Texas.

*/s/ George F. May/*
_____
George F. May