DAVID C. SHONKA
Acting General Counsel

KERRY O'BRIEN (Calif. Bar No. 149264)
LINDA K. BADGER (Calif. Bar No. 122209)
Federal Trade Commission
901 Market Street, Ste. 570
San Francisco, CA  94103
(415) 848-5100 (voice)
(415) 848-5184 (fax)
kobrien@ftc.gov
lbadger@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
Oakland Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br><br>vs.<br><br>SPRINGTECH 77376, LLC, *et al.*,<br><br>   Defendants. | No. C 12-4631 PJH<br><br>[Proposed] Order Granting Plaintiff's Request to Vacate the July 18, 2013, Case Management Conference and to Set Deadline for the Plaintiff to File its Motion for Default Judgment as to Defendants Springtech 77376, LLC, Cedarcide Industries, Inc., and Cedar Oil Technologies Corp. |

Having reviewed the *Plaintiff's Request for Proposed Order to Vacate the July 18, 2013 Case Management Conference and to Set Deadline for the Plaintiff to File its Motion for Default Judgment* and for good cause shown,

THE COURT ORDERS AS FOLLOWS:

1. The July 18, 2013 Case Management Conference is vacated; and

2.      The FTC is ordered to file its motion for default judgment as to defendants Springtech 77376, LLC, Cedarcide Industries, Inc., and Cedar Oil Technologies Corp. no later than August 19, 2013.

IT IS SO ORDERED:

DATED: 7/18/13

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

DATED:   July 17, 2013            ____/s/ Kerry O'Brien_____
KERRY O'BRIEN
LINDA K. BADGER
Attorneys for Plaintiff
Federal Trade Commission
901 Market Street, Suite 570
San Francisco, CA 94103
E-mail address:  kobrien@ftc.gov
Counsel for the Federal Trade Commission