UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

       Plaintiff,

       v.

SPRINGTECH 77376, LLC, et al.,

       Defendants,

_____/

No. C 12-4631 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment as to defendants Springtech 77376, LLC, Cedarcide Industries, Inc., and Cedar Oil Technologies Corp.

      The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated:  August 26, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  MagRef, Assigned M/J